FILED

01/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0312

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0312

_____

LARRY REINLASODER,

      Appellants and Plaintiffs,

   v.

CITY OF COLSTRIP, Mayor John Williams,
STATE OF MONTANA-Judicial Branch, Court
Administrator, Does I-V,

      Appellees and Defendants.

O R D E R

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Colette B. Davies, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 20 2021